RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Adolfo Rodriguez-Cardenas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-058-APG-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| v. | (First Request) |
| ADOLFO RODRIGUEZ-CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Bork, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Adolfo Rodriguez-Cardenas, that the Sentencing Hearing currently scheduled on December 9, 2015 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be in trial on the matter of U.S.A. v. Brandel et al scheduled to begin on December 1, 2015. The trial is expected to be approximately 3 weeks.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 17th day of November, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Robert Bork*<br>By_____<br>ROBERT BORK<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-058-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ADOLFO RODRIGUEZ-CARDENAS, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, December 9, 2015 at 10:30 a.m., be vacated and continued to __Thursday, February 18, 2016__ at the hour of __10:00__ _a_.m.; or to a time and date convenient to the court. in Courtroom 6C.

    DATED this _17th_ of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

3